No. 87–1520.  WILEY *v.* MISSISSIPPI, 486 U. S. 1036.  Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.  Petition for rehearing denied.

No. 87–1780.  BURT *v.* JUSTICES OF THE SUPREME COURT OF IDAHO ET AL., 486 U. S. 1061.  Petition for rehearing denied.  JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 87–6447.  THACKER *v.* BUMGARNER, SUPERINTENDENT, NORTH CAROLINA SOUTHERN CORRECTIONAL CENTER, 485 U. S. 1011.  Motion for leave to file petition for rehearing denied.